**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brooke Jackson and Thomas Lockridge, Defendants,

and

Kristel Malagon Torres Colbert and Nicholas Dean
Colbert, Intervenors/Respondents,

Of whom Thomas Lockridge is the Appellant,

and

Brooke Jackson is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-000533

―――――――――

Appeal From York County
Kimaka Nichols-Graham, Family Court Judge

―――――――――

Unpublished Opinion No. 2023-UP-333
Submitted October 18, 2023 – Filed October 18, 2023

―――――――――

**AFFIRMED**

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

James Fletcher Thompson, of Thompson Dove Law
Group LLC, of Spartanburg, for Intervenors/
Respondents.

Matthew Niemiec, of The Law Offices of Matthew R.
Niemiec, LLC, of Lake Wylie, for Respondent Brooke
Jackson.

Andrew Troy Potter, of Anderson, for Respondent South
Carolina Department of Social Services.

Brett Aaron Lonadier, of Stewart Law Offices, LLC, of
Rock Hill, for the Guardian ad Litem.

**PER CURIAM:** Thomas Lockridge appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lockridge's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.